B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Western District of Louisiana

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CHC-CLP Operator Holding, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-1546156** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4 West Red Oak Lane, Suite 201**<br>**White Plains, NY**<br>ZIP Code **10604** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Westchester** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | CHC-CLP Operator Holding, LLC |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor: **New Louisiana Holdings, LLC** | Case Number: **14-50756** | Date Filed: **6/25/14** |
| District: **Western** | Relationship: **Affiliate** | Judge: **Robert Summerhays** |

| Exhibit A | Exhibit B |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | CHC-CLP Operator Holding, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Patrick J. Neligan, Jr.**
Signature of Attorney for Debtor(s)

**Patrick J. Neligan, Jr. 14866000**
Printed Name of Attorney for Debtor(s)

**Neligan Foley LLP**
Firm Name

**325 N. St. Paul**
**Suite 3600**
**Dallas, TX 75201**
Address

**214-840-5300  Fax: 214-840-5301**
Telephone Number

**September 3, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Raymond P. Mulry**
Signature of Authorized Individual

**Raymond P. Mulry**
Printed Name of Authorized Individual

**Designated Officer**
Title of Authorized Individual

**September 3, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# UNANIMOUS WRITTEN CONSENT OF THE
# MEMBERS OF CHC-CLP OPERATOR HOLDING, LLC

The undersigned, being all of the members (the "Member") of CHC-CLP Operator Holding, LLC (the "Company"), a Florida limited liability company, do hereby consent to, approve and adopt the following resolutions without a meeting, waive the notice period, if any, required by the Limited Liability Company Agreement of the Company and/or applicable law, and agree that the following resolutions shall have the same force and effect as if adopted at a duly convened meeting of the Company:

RESOLVED, that in the judgment of the Members it is desirable and in the best interests of the Company, its creditors, and other interested parties that a voluntary petition for relief (the "Petition") be filed by the Company under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"); and be it

FURTHER RESOLVED, that the Company shall be, and it hereby is, authorized, directed, and empowered to file the Petition and to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect any of the foregoing; and be it

FURTHER RESOLVED, that James A. Blalock, III and Raymond P. Mulry (the "Designated Officers") are hereby authorized, directed and empowered, on behalf of and in the name of the Company: (i) to execute and verify the Petition and all other ancillary documents to cause the Petition to be filed with the United States Bankruptcy Court for the Western District of Louisiana and to make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents; (ii) to execute, verify, and file or cause to be filed all petitions, schedules, lists, motions, applications, and other papers or documents necessary or desirable in connection with the foregoing; and (iii) to execute and verify any and all documents necessary or appropriate in connection therewith in such form or forms as the Designated Officer(s) may approve; and be it

FURTHER RESOLVED, that the Designated Officers are appointed hereunder because the Designated Officers through their involvement with the Company as advisors and service providers have knowledge of its operating history and are best suited to represent the interests of the Members in the proceedings that will follow the filing of the Petition; and be it

FURTHER RESOLVED, that the Designated Officers be, and hereby are, authorized, directed and empowered from time to time, in the name and on behalf of the Company, to take such actions and execute and deliver such certificates, instruments, notices and documents as may be required or as the Designated Officer(s) may deem necessary, advisable or proper to carry out and perform the obligations of the Company under the Bankruptcy Code; all such actions to be performed in such manner, and all such certificates, instruments, notices and documents to be executed and delivered in such form, as the Designated Officer performing or executing the same shall, with the advice of counsel, approve, the

performance or execution thereof by such officer to be conclusive evidence of the approval thereof by such officer and by the Company; and be it

FURTHER RESOLVED, that the law firms of Neligan Foley LLP and such local counsel as is approved by the Designated Officer(s), be and hereby are authorized, empowered, and directed to represent the Company, as debtor and debtor in possession, in connection with any case commenced by or against it under the Bankruptcy Code; and be it

FURTHER RESOLVED, that each of the Designated Officer(s) be, and each hereby is, authorized, directed and empowered to retain on behalf of the Company such other attorneys, financial advisors, and accountants as the Designated Officer(s) so acting shall deem appropriate in its judgment; and be it

FURTHER RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Designated Officers, they are hereby authorized, directed and empowered, in the name and on behalf of the Company, to do or cause to be done all such further acts and to execute and deliver all such other instruments, certificates, agreements and documents as he may, with the advice of counsel, consider necessary or appropriate to enable the Company to carry out the intent and to accomplish the purpose of the foregoing resolutions; and be it

FURTHER RESOLVED, that all actions heretofore taken by the Designated Officers in connection with the foregoing resolutions be, and hereby are, confirmed, ratified and approved in all respects.

[Remainder of Page Intentionally Left Blank. Signature Page Follows.]

IN WITNESS WHEREOF, the undersigned has caused this Written Consent to be executed by its duly authorized representative as of August 2_9_ 2014.

**MEMBERS:**

**CHG Legacy Group, LLC**
**f/k/a Cypress Health Group, LLC**

By: _____
      Mitchell Starer, Authorized Representative

**Judith Schwartzberg Trust**

By: _____
      Albert Schwartzberg, Trustee

By: _____
      Florence Schwartzberg, Trustee

3

BERTHA SMITH  
c/o WILKES & MCHUGH  
ONE NORTH MABRY HWY.  
SUITE 800  
TAMPA, FL 33609

BEULAH WILLIS  
c/o WILKES & MCHUGH  
ONE NORTH DALE MABRY HWY.  
SUITE 800  
TAMPA, FL 33609

CALVIN MONROE  
c/o WILKES & MCHUGH  
ONE NORTH DALE MABRY HWY.  
SUITE 800  
TAMPA, FL 33609

CAPITALSOURCE BANK  
4445 WILLARD AVENUE  
CHEVY CHASE, MD 20815

CHC-SPC OPERATOR, INC.  
4 WEST RED OAK LANE, SUITE 201  
WHITE PLAINS, NY 10604

CHG LEGACY GROUP & AFFILIATES  
4 WEST RED OAK LANE  
SUITE 201  
WHITE PLAINS, NY 10604

CLARK PARTINGTON HART LARRY BOND  
& STACKHOUSE  
ONE PENSACOLA PLAZA, SUITE 800  
PENSACOLA, FL 32502

DAVID DEAL  
c/o WILKES & MCHUGH  
ONE NORTH DALE MABRY HWY  
SUITE 800  
TAMPA, FL 33609

DAVID SANTIAGO
c/o WILKES & MCHUGH
ONE NORTH DALE MABRY HWY.
SUITE 800
TAMPA, FL 33609


DELTA DENTAL
P.O. BOX 827077
PHILADELPHIA, PA 19182-7077


ECOVA
P.O. BOX 2440
SPOKANE, WA 99210


ETHEL MILLER
c/o JONATHAN GILBERT
COLLING GILBERT WRIGHT & CARTER
801 N. ORANGE AVE., STE. 830
ORLANDO, FL 32801


FERN MCCORKEL
c/o KIM KOHN
GOUDIE & KOHN
3004 W. CYPRESS ST.
TAMPA, FL 33609


FLORIDA DEPTARTMENT OF REVENUE
5050 WEST TENNESSEE STREET
TALLAHASSEE, FL 32399-0100


FOWLER WHITE BOGGS BANKER P.A.
501 EAST KENNEDY BLVD
SUITE 1700
TAMPA, FL 33602


GOLDSMITH, GROUT & LEWIS, P.A.
P.O. BOX 2011
WINTER PARK, FL 32790-2011

```
GREENBERG TRAURIG, LLP
101 EAST COLLEGE AVENUE
P.O. DRAWER 1838
TALLAHASSEE, FL 32302


HALCYON REHABILITATION
4 WEST RED OAK LANE
SUITE 201
WHITE PLAINS, NY 10604


JUANITA HENDERSON
c/o WILKES & MCHUGH
ONE NORTH DALE MABRY HWY.
SUITE 800
TAMPA, FL 33609


KITCH DRUTCHAS WAGNER VALITUTTI
& SHERBROOK
ONE WOODWARD AVE., SUITE 2400
DETROIT, MI 48226-5485


LEON DEMPS
c/o WILKES & MCHUGH
ONE NORTH DALE MABRY HWY.
SUITE 800
TAMPA, FL 33609


LITTLER MENDELSON, P.C.
PO BOX 45547
SAN FRANCISCO, CA 94145-0547


MARGUERITE JENNEY
c/o WILKES & MCHUGH
ONE NORTH DALE MABRY HWY
SUITE 800
TAMPA, FL 33609


MEDLINE INDUSTRIES
PO BOX 382075
PITTSBURGH, PA 15251-8075
```

MILLENIA CLAIMS MANAGEMENT
3235 SATELLITE BLVD NW
DULUTH, GA 30096


NEW CENTURY INVESTOR
SERVICES, INC.
600 CENTRAL AVENUE, SUITE 365
HIGHLAND PARK, IL 60035


PETER A LEWIS LAW OFFICES
3023 N. SHANNON LAKES DRIVE
SUITE 101
TALLAHASSEE, FL 30309


PITNEY BOWES GLOBAL FINANCIAL
SERVICES LLC
P.O. BOX 371887
PITTSBURGH, PA 15250-7887


RDM PAYMENT SOLUTIONS INC
#4-608 WEBER STREET NORTH
WATERLOO, ON N2V 1KV


ROTH DONER JACKSON, PLC
8200 GREENSBORO DRIVE
SUITE 820
MCLEAN, VA 22102


RUBY HOLLEY
c/o WILKES & MCHUGH
ONE NORTH DALE MABRY HWY.
SUITE 800
TAMPA, FL 33609


SA-CLEWISTON, LLC
4 WEST RED OAK LANE, SUITE 201
WHITE PLAINS, NY 10604

SA-LAKELAND, LLC
4 WEST RED OAK LANE, SUITE 201
WHITE PLAINS, NY 10604


SA-ST. PETERSBURG, LLC
4 WEST RED OAK LANE, SUITE 201
WHITE PLAINS, NY 10604


TELEPHONE SUPPORT SYSTEMS
6310-1 TECHSTER BOULEVARD
FORT MYERS, FL 33966-4711


VERL MILLER
c/o WILKES & MCHUGH
ONE NORTH DALE MABRY HWY.
SUITE 800
TAMPA, FL 33609


WELLS FARGO BANK NA
ATTN: WFB-LOCKBOX #823274
312 W ROUTE 38
MOORESTOWN, NJ 08057